# Exhibit D

**Berkley Marx Direct Payments**
**Through March 18, 2023**

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006803 | 0210104 | WBVA | 17-652 | 10/31/2022 | Reserve | rsrv_case | | - |
| 006803 | 0210104 | WBVA | 17-652 | 11/14/2022 | Supplemental Payment | paids | Valley Testing & Balancing, Inc | 3,795.00 |
| 006803 | 0210104 | WBVA | 17-652 | 11/14/2022 | Supplemental Payment | paids | Triple Cities Windustrial Co | 2,058.69 |
| 006803 | 0210104 | WBVA | 17-652 | 11/14/2022 | Supplemental Payment | paids | Integritec Inc | 1,600.00 |
| 006803 | 0210104 | WBVA | 17-652 | 11/14/2022 | Supplemental Payment | paids | Binghampton Hardware and HVAC Supply | 13.78 |
| 006803 | 0210104 | WBVA | 17-652 | 11/14/2022 | Supplemental Payment | paids | Ferguson Enterprises LLC #501 | 3,172.37 |
| 006803 | 0210104 | WBVA | 17-652 | 11/14/2022 | Supplemental Payment | paids | H&H Sales Associates | 4,505.00 |
| 006803 | 0210104 | WBVA | 17-652 | 11/14/2022 | Supplemental Payment | paids | Advanced Specialty Contractors, LLC | 83,063.17 |
| 006803 | 0210104 | WBVA | 17-652 | 11/14/2022 | Payment (Void) | paids | VOID Check due to incorrect payment amount | (83,063.17) |
| 006803 | 0210104 | WBVA | 17-652 | 11/17/2022 | Supplemental Payment | paids | Advanced Specialty Contractors, LLC | 16,463.00 |
| 006803 | 0210104 | WBVA | 17-652 | 11/17/2022 | Payment (Void) | paids | VOID Check due to incorrect payment amount due to Advanced Speciality | (16,463.00) |
| 006803 | 0210104 | WBVA | 17-652 | 11/18/2022 | Supplemental Payment | paids | Advanced Specialty Contractors, LLC | 48,418.67 |
| 006803 | 0210104 | WBVA | 17-652 | 01/27/2023 | Reserve | rsrv_case | | - |
| 006803 | 0210104 | WBVA | 17-652 | 03/15/2023 | Reserve | rsrv_case | | - |
| 006756 | 0210107 | Sheet Metal Workers Local #19 | n/a | 10/04/2022 | Reserve | rsrv_case | | - |
| 006756 | 0210107 | Sheet Metal Workers Local #19 | n/a | 10/05/2022 | Partial Payment | paids | Sheet Metal Workers' Local 19 Benefit Funds | 165,241.82 |

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006756 | 0210107 | Sheet Metal Workers Local #19 | n/a | 10/12/2022 | Reserve | rsrv_case | | - |
| 006756 | 0210107 | Sheet Metal Workers Local #19 | n/a | 10/13/2022 | Reserve | rsrv_case | | - |
| 006756 | 0210107 | Sheet Metal Workers Local #19 | n/a | 10/20/2022 | Reserve | rsrv_case | | - |
| 006756 | 0210107 | Sheet Metal Workers Local #19 | n/a | 10/20/2022 | Payment (Void) | paids | Local #19 did not accept the check and returned the check to Berkley | (165,241.82) |
| 006756 | 0210107 | Sheet Metal Workers Local #19 | n/a | 10/24/2022 | Reserve | rsrv_case | | - |
| 006756 | 0210107 | Sheet Metal Workers Local #19 | n/a | 10/31/2022 | Reserve | rsrv_case | | - |
| 006756 | 0210107 | Sheet Metal Workers Local #19 | n/a | 11/23/2022 | Supplemental Payment | paids | Berkley Surety Group | 14,000.00 |
| 006756 | 0210107 | Sheet Metal Workers Local #19 | n/a | 01/27/2023 | Reserve | rsrv_case | | - |
| 006756 | 0210107 | Sheet Metal Workers Local #19 | n/a | 01/27/2023 | Supplemental Payment | paids | Sheet Metal Workers' Local 19 Benefit Funds | 252,435.44 |
| 006770 | 0218059 | Pike County | 18-669 | 10/31/2022 | Reserve | rsrv_case | | - |
| 006770 | 0218059 | Pike County | 18-669 | 11/02/2022 | Supplemental Payment | paids | Nexgen Automation, Inc. | 26,302.00 |
| 006811 | 0218063 | Local 373 Benefit Funds | n/a | 12/07/2022 | Reserve | rsrv_case | | - |
| 006811 | 0218063 | Local 373 Benefit Funds | n/a | 12/07/2022 | First and Final Payment | paids | Berkley Surety Group | 490.00 |
| 006804 | 0218066 | VAMC Wikes Barre | 16-625 | 10/31/2022 | Reserve | rsrv_case | | - |

Page 2 of 18

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006804 | 0218066 | VAMC Wikes Barre | 16-625 | 11/17/2022 | Supplemental Payment | paids | Advanced Specialty Contractors, LLC | 16,463.00 |
| 006788 | 0231011 | Binghamton | 20-089 | 10/31/2022 | Reserve | rsrv_case | | - |
| 006788 | 0231011 | Binghamton | 20-089 | 11/01/2022 | Supplemental Payment | paids | Airgas USA LLC | 410.29 |
| 006788 | 0231011 | Binghamton | 20-089 | 11/01/2022 | Supplemental Payment | paids | Binghampton Hardware & HVAC Supply | 529.52 |
| 006788 | 0231011 | Binghamton | 20-089 | 11/01/2022 | Supplemental Payment | paids | C.H. Reed. Inc. | 1,876.00 |
| 006788 | 0231011 | Binghamton | 20-089 | 11/01/2022 | Supplemental Payment | paids | Ferguson Enterprises LLC #501 | 408.48 |
| 006788 | 0231011 | Binghamton | 20-089 | 11/01/2022 | Supplemental Payment | paids | H&H Sales Associates, Inc. | 2,200.00 |
| 006788 | 0231011 | Binghamton | 20-089 | 11/01/2022 | Supplemental Payment | paids | Kolbi Pipe Marker Co. | 133.37 |
| 006788 | 0231011 | Binghamton | 20-089 | 11/01/2022 | Supplemental Payment | paids | Integritec | 1,060.00 |
| 006788 | 0231011 | Binghamton | 20-089 | 11/01/2022 | Supplemental Payment | paids | United Rentals (North America) Inc. | 66.96 |
| 006788 | 0231011 | Binghamton | 20-089 | 11/01/2022 | Supplemental Payment | paids | Triple Cities Windustrial Co. | 1,794.38 |
| 006788 | 0231011 | Binghamton | 20-089 | 11/01/2022 | Supplemental Payment | paids | H&H Service Company, Inc. | 18,800.00 |
| 006788 | 0231011 | Binghamton | 20-089 | 11/01/2022 | Supplemental Payment | paids | H.C. NYE Company, Inc. | 13,350.00 |
| 006788 | 0231011 | Binghamton | 20-089 | 11/01/2022 | Supplemental Payment | paids | Industrial Process Technologies, Inc. | 10,150.00 |
| 006788 | 0231011 | Binghamton | 20-089 | 11/01/2022 | Supplemental Payment | paids | Joseph F. O'Hora & Sons, Inc. | 3,635.13 |
| 006788 | 0231011 | Binghamton | 20-089 | 11/01/2022 | Supplemental Payment | paids | Southern Tier Insulations | 8,406.00 |
| 006788 | 0231011 | Binghamton | 20-089 | 11/01/2022 | Supplemental Payment | paids | Valley Testing and Balancing, Inc. | 32,865.00 |
| 006789 | 0231021 | | | 10/04/2022 | Reserve | rsrv_case | | - |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/12/2022 | Reserve | rsrv_case | | - |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/13/2022 | Reserve | rsrv_case | | - |

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006633 | 0231026 | Wind Creek | 20-053 | 10/17/2022 | Supplemental Payment | paids | John F. Scanlan, Inc. | 62,592.82 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/17/2022 | Supplemental Payment | paids | Louis P. Canuso, Inc. | 84,683.44 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Reserve | rsrv_case | | - |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Engineered Building Systems | 1,069,388.00 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Yeager Supply, Inc. | 21,224.87 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Deacon Industrial Supply Co., Inc. | 10,699.05 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | NEFCO Corporation | 33,283.13 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Airgas USA, LLC | 33.34 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Binghamton Hardware & HVAC Supply | 8,709.30 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Carpenter & Paterson, Inc. | 6,572.07 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Chesco Coring & Cutting, Inc. | 4,500.00 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Clapp Associates Inc | 6,636.91 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Del Val Equipment | 10,149.60 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Diamond Tool | 521.06 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Eastern Penn Supply Company | 60.09 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Fastenal Company | 71.73 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | G&S Fastening Systems, Inc. | 9,958.00 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Grainger | 1,023.64 |

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | H&H Sales Associate, Inc. | 31,725.80 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Hale Trailer Brake & Wheel | 2,680.06 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Hilti Inc | 27.56 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | John F. Scanlan, Inc. | 25,281.00 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Kolbi Pipe Marker Co. | 473.17 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Louis P. Canuso, Inc. | 10,065.44 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Modern Fasteners Inc | 9,142.92 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | DriveKore | 734.71 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Elgen | 167.54 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Proasys | 1,272.00 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | R.E. Michel Company, LLC | 558.51 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Seton | 29.95 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Skyworks, LLC | 32,826.21 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Metalwest/NIM | 4,652.57 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Sunbelt Rentals, Inc. | 18,678.63 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Triple Cities Windustrial Co. | 508.80 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | K. Guller, LLC | 308,651.23 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Siemens Industry, Inc. | 161,654.00 |

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Bean, Inc. | 16,163.81 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/20/2022 | Supplemental Payment | paids | Fisher Balancing Company | 46,375.00 |
| 006633 | 0231026 | Wind Creek | 20-053 | 10/31/2022 | Reserve | rsrv_case | | - |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/02/2022 | Reserve | rsrv_ao | | - |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/02/2022 | Appraisal/Professional Expense | alae_ao | Matson Driscoll & Damico LLP | 25,913.66 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/09/2022 | Supplemental Payment | paids | Matson Driscoll & Damico, LLP | 154,061.34 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/09/2022 | Supplemental Payment | paids | Matson Driscoll & Damico LLP | 25,000.00 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/10/2022 | Supplemental Payment | paids | Matson Driscoll & Damico, LLP | 103,680.33 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/11/2022 | Supplemental Payment | paids | Matson Driscoll & Damico, LLP | 95,000.00 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/15/2022 | Supplemental Payment | paids | Sunbelt Rentals, Inc. | 5,539.04 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/15/2022 | Supplemental Payment | paids | Matson Driscoll & Damico, LLP | 122,711.86 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/17/2022 | Supplemental Payment | paids | Ferguson Enterprises LLC | 20,710.81 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/18/2022 | Supplemental Payment | paids | William Betz Jr., Inc. | 645.30 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/18/2022 | Supplemental Payment | paids | Eastern Penn Supply Company | 2,138.93 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/18/2022 | Supplemental Payment | paids | Elite Air Systems | 201.40 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/18/2022 | Supplemental Payment | paids | Grainger | 2,552.06 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/18/2022 | Supplemental Payment | paids | K. Guller, LLC | 21,464.27 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/18/2022 | Supplemental Payment | paids | Hale Trailer Brake & Wheel | 418.70 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/18/2022 | Supplemental Payment | paids | John F. Scanlan, Inc. | 6,360.00 |

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006633 | 0231026 | Wind Creek | 20-053 | 11/18/2022 | Supplemental Payment | paids | Kolbi Pipe Marker Co. | 484.87 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/18/2022 | Supplemental Payment | paids | LGH- Lifting Gear Hire Corp | 411.28 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/18/2022 | Supplemental Payment | paids | Louis P. Canuso, Inc. | 41,782.97 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/18/2022 | Supplemental Payment | paids | NEFCO Corporation | 2,444.30 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/18/2022 | Supplemental Payment | paids | Siemens Building Technologies | 49,114.00 |
| 006633 | 0231026 | Wind Creek | 20-053 | 11/18/2022 | Supplemental Payment | paids | Bean, Inc. | 1,961.62 |
| 006633 | 0231026 | Wind Creek | 20-053 | 12/01/2022 | Supplemental Payment | paids | Skyworks, LLC | 10,286.58 |
| 006633 | 0231026 | Wind Creek | 20-053 | 12/07/2022 | Reserve | rsrv_ao | | - |
| 006633 | 0231026 | Wind Creek | 20-053 | 12/07/2022 | Reserve | rsrv_legal | | - |
| 006633 | 0231026 | Wind Creek | 20-053 | 12/12/2022 | Legal Fees | alae_dcc | White and Williams, LLP | 155,496.60 |
| 006633 | 0231026 | Wind Creek | 20-053 | 12/14/2022 | Appraisal/Professional Expense | alae_ao | J.S. Held LLC | 33,457.03 |
| 006633 | 0231026 | Wind Creek | 20-053 | 12/22/2022 | Reserve | rsrv_ao | | - |
| 006633 | 0231026 | Wind Creek | 20-053 | 12/22/2022 | Appraisal/Professional Expense | alae_ao | Matson Driscoll & Damico LLP | 68,248.20 |
| 006633 | 0231026 | Wind Creek | 20-053 | 12/22/2022 | Appraisal/Professional Expense | alae_ao | J.S. Held LLC | 18,477.06 |
| 006633 | 0231026 | Wind Creek | 20-053 | 12/22/2022 | Appraisal/Professional Expense | alae_ao | Matson Driscoll & Damico LLP | 39,814.79 |
| 006633 | 0231026 | Wind Creek | 20-053 | 12/22/2022 | Appraisal/Professional Expense | alae_ao | Jomax Recovery Services | 3,850.00 |
| 006633 | 0231026 | Wind Creek | 20-053 | 12/22/2022 | Appraisal/Professional Expense | alae_ao | Jomax Recovery Services | 1,075.00 |
| 006633 | 0231026 | Wind Creek | 20-053 | 12/22/2022 | Reserve | rsrv_legal | | - |
| 006633 | 0231026 | Wind Creek | 20-053 | 01/17/2023 | Appraisal/Professional Expense | alae_ao | Matson Driscoll & Damico LLP | 40,838.16 |
| 006633 | 0231026 | Wind Creek | 20-053 | 01/17/2023 | Appraisal/Professional Expense | alae_ao | J.S. Held LLC | 20,919.88 |

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006633 | 0231026 | Wind Creek | 20-053 | 01/23/2023 | Supplemental Payment | paids | United States Treasury | 270,541.80 |
| 006633 | 0231026 | Wind Creek | 20-053 | 01/25/2023 | Supplemental Payment | paids | Mountain Air Balancing, LLC | 27,504.00 |
| 006633 | 0231026 | Wind Creek | 20-053 | 02/08/2023 | Legal Fees | alae_dcc | White and Williams, LLP | 36,474.00 |
| 006633 | 0231026 | Wind Creek | 20-053 | 02/14/2023 | Partial Payment | paids | Matson Driscoll & Damico LLP | 161,226.00 |
| 006633 | 0231026 | Wind Creek | 20-053 | 02/21/2023 | Partial Payment | paids | K. Guller, LLC | 305,448.04 |
| 006633 | 0231026 | Wind Creek | 20-053 | 02/22/2023 | Appraisal/Professional Expense | alae_ao | J.S. Held LLC | 43,642.68 |
| 006633 | 0231026 | Wind Creek | 20-053 | 02/23/2023 | Partial Payment | paids | Siemens Industry, Inc. | 73,025.00 |
| 006633 | 0231026 | Wind Creek | 20-053 | 02/28/2023 | Partial Payment | paids | Marx Sheet Metal & Mechanical, Inc. | 110,000.00 |
| 006633 | 0231026 | Wind Creek | 20-053 | 03/02/2023 | Legal Fees | alae_dcc | White and Williams, LLP | 57,570.40 |
| 006633 | 0231026 | Wind Creek | 20-053 | 03/09/2023 | Partial Payment | paids | The Warko Group | 231,540.49 |
| 006633 | 0231026 | Wind Creek | 20-053 | 03/13/2023 | Reserve | rsrv_case | | - |
| 006633 | 0231026 | Wind Creek | 20-053 | 03/13/2023 | Partial Payment | paids | Engineered Building Systems | 216,605.00 |
| 006633 | 0231026 | Wind Creek | 20-053 | 03/15/2023 | Reserve | rsrv_ao | | - |
| 006633 | 0231026 | Wind Creek | 20-053 | 03/15/2023 | Appraisal/Professional Expense | alae_ao | Matson Driscoll & Damico LLP | 48,744.50 |
| 006807 | 0231027 | | | 11/08/2022 | Reserve | rsrv_case | | - |
| 006807 | 0231027 | | | 11/09/2022 | First and Final Payment | paids | U.A. Local 22 Benefits | 40,000.00 |
| 006807 | 0231027 | | | 12/07/2022 | Reserve | rsrv_case | | - |
| 006807 | 0231027 | | | 12/07/2022 | First and Final Payment | paids | Berkley Surety Group | 560.00 |
| 006799 | 0231028 | Chop S&L | 20-141 | 10/31/2022 | Reserve | rsrv_case | | - |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Airgas USA | 959.72 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Binghampton Hardware & HVAC Supply | 39,114.51 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Brandsafway Services LLC | 8,146.10 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Circle Bolt & Nut Co. | 657.86 |

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Cooper Electric Co. | 9,386.25 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Delren HVAC, Inc. | 2,965.00 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Diamond Tool | 6,199.20 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Elgen Capital Hardware Sully, LLC | 584.42 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | EquipmentShare.com, Inc. | 32,778.92 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Fastenal Company | 2,588.31 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Ferguson HVAC #435 | 1,008.15 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Hale Trailer Brake & Wheel | 883.56 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | J.F. Martin Inc. | 528.52 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | John F Scanlan | 1,001.70 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Kolbi Pipe Markers | 1,174.34 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Mason Industries Inc. | 1,470.00 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Modern Fasteners, Inc. | 53,038.79 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Phoenix Metals Company | 32,716.18 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Production Products, Inc. | 931.63 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Thackray Crane Rental, Inc. | 291,522.68 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Star Insulation | 92,652.00 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Pencoyd Iron Works | 598,995.00 |

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006799 | 0231028 | Chop S&L | 20-141 | 11/01/2022 | Supplemental Payment | paids | Pacemaker Steel & Piping | 20,899.03 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/18/2022 | Supplemental Payment | paids | Airgas USA | 1,065.27 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/18/2022 | Supplemental Payment | paids | Delren HVAC, Inc. | 3,200.00 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/18/2022 | Supplemental Payment | paids | Diamond Tool | 885.60 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/18/2022 | Supplemental Payment | paids | EquipmentShare.com, Inc. | 6,050.57 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/18/2022 | Supplemental Payment | paids | John F Scanlan | 572.40 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/18/2022 | Supplemental Payment | paids | Kolbi Pipe Markers | 3,148.84 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/18/2022 | Supplemental Payment | paids | MAS Construction Services | 103,581.12 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/18/2022 | Supplemental Payment | paids | Star Insulation | 45,000.00 |
| 006799 | 0231028 | Chop S&L | 20-141 | 11/18/2022 | Supplemental Payment | paids | Pencoyd Iron Works | 12,006.00 |
| 006799 | 0231028 | Chop S&L | 20-141 | 01/10/2023 | Supplemental Payment | paids | UA Local 524 Benefit Funds | 50,191.73 |
| 006799 | 0231028 | Chop S&L | 20-141 | 01/17/2023 | Supplemental Payment | paids | Diamond Tool | 885.60 |
| 006799 | 0231028 | Chop S&L | 20-141 | 01/17/2023 | Supplemental Payment | paids | Star Insulation | 51,406.00 |
| 006799 | 0231028 | Chop S&L | 20-141 | 01/17/2023 | Payment (Void) | paids | VOID Check which was later reissued | (32,778.92) |
| 006799 | 0231028 | Chop S&L | 20-141 | 01/23/2023 | Supplemental Payment | paids | EquipmentShare.com, Inc. | 32,778.92 |
| 006799 | 0231028 | Chop S&L | 20-141 | 01/23/2023 | Supplemental Payment | paids | Steamfitters Local 420 Benefit Funds | 245,214.62 |
| 006799 | 0231028 | Chop S&L | 20-141 | 01/30/2023 | Reserve | rsrv_case | | - |
| 006799 | 0231028 | Chop S&L | 20-141 | 02/17/2023 | Partial Payment | paids | Brandsafway Services LLC | 2,040.50 |
| 006799 | 0231028 | Chop S&L | 20-141 | 02/17/2023 | Partial Payment | paids | Builders' Supply Co. | 217.38 |
| 006799 | 0231028 | Chop S&L | 20-141 | 02/17/2023 | Partial Payment | paids | Circle Bolt & Nut Co. | 30.05 |

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006799 | 0231028 | Chop S&L | 20-141 | 02/17/2023 | Partial Payment | paids | Colony Hardware Corp. | 405.59 |
| 006799 | 0231028 | Chop S&L | 20-141 | 02/17/2023 | Partial Payment | paids | Cooper Electric Co. | 752.42 |
| 006799 | 0231028 | Chop S&L | 20-141 | 02/17/2023 | Partial Payment | paids | Diamond Tool | 3,542.40 |
| 006799 | 0231028 | Chop S&L | 20-141 | 02/17/2023 | Partial Payment | paids | J.F. Martin Inc. | 425.70 |
| 006799 | 0231028 | Chop S&L | 20-141 | 02/17/2023 | Partial Payment | paids | Modern Fasteners, Inc. | 3,299.94 |
| 006799 | 0231028 | Chop S&L | 20-141 | 02/17/2023 | Partial Payment | paids | NEFCO Corporation | 1,691.92 |
| 006799 | 0231028 | Chop S&L | 20-141 | 02/17/2023 | Partial Payment | paids | The Pate Company | 2,420.45 |
| 006799 | 0231028 | Chop S&L | 20-141 | 02/17/2023 | Partial Payment | paids | Triple Cities Windustrial Co. | 603.18 |
| 006799 | 0231028 | Chop S&L | 20-141 | 03/07/2023 | Payment (Void) | paids | Returned check from Circle Bolt and Nut. Zero monies owed. | (30.05) |
| 006799 | 0231028 | Chop S&L | 20-141 | 03/13/2023 | Reserve | rsrv_case | | - |
| 006798 | 0237805 | Messer | 20-208 | 10/31/2022 | Reserve | rsrv_case | | - |
| 006798 | 0237805 | Messer | 20-208 | 11/02/2022 | Supplemental Payment | paids | H&H Sales Associate, Inc. | 14,924.80 |
| 006798 | 0237805 | Messer | 20-208 | 11/02/2022 | Supplemental Payment | paids | Advanced Specialty Contractors | 95,659.18 |
| 006798 | 0237805 | Messer | 20-208 | 11/08/2022 | Supplemental Payment | paids | Able Equipment Rental Inc. | 13,792.60 |
| 006798 | 0237805 | Messer | 20-208 | 11/08/2022 | Supplemental Payment | paids | Advanced Specialty Contractor, LLC | 7,195.76 |
| 006798 | 0237805 | Messer | 20-208 | 11/08/2022 | Supplemental Payment | paids | Elite Air Systems, Inc. | 630.70 |
| 006798 | 0237805 | Messer | 20-208 | 11/08/2022 | Supplemental Payment | paids | Ferguson Enterprises LLC #501 | 753.66 |
| 006798 | 0237805 | Messer | 20-208 | 11/08/2022 | Supplemental Payment | paids | Integritec, Inc. | 848.00 |
| 006798 | 0237805 | Messer | 20-208 | 11/08/2022 | Supplemental Payment | paids | GDS MANUFACTURING COMPANY | 6,340.00 |
| 006798 | 0237805 | Messer | 20-208 | 11/08/2022 | Supplemental Payment | paids | Keystone Container Service, Inc. | 153.70 |
| 006798 | 0237805 | Messer | 20-208 | 11/08/2022 | Supplemental Payment | paids | Kolbi Pipe Marker, CO | 56.90 |
| 006798 | 0237805 | Messer | 20-208 | 11/08/2022 | Supplemental Payment | paids | Metalwest | 1,870.85 |

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006798 | 0237805 | Messer | 20-208 | 11/08/2022 | Supplemental Payment | paids | R.E. Michel Company, LLC | 4,719.49 |
| 006798 | 0237805 | Messer | 20-208 | 11/08/2022 | Supplemental Payment | paids | Triple Cities Windustrial Co. | 436.67 |
| 006798 | 0237805 | Messer | 20-208 | 11/08/2022 | Supplemental Payment | paids | Valley Testing & Balancing, INC | 2,400.00 |
| 006797 | 0237812 | Mount Joy | 20-095 | 10/31/2022 | Reserve | rsrv_case | | - |
| 006797 | 0237812 | Mount Joy | 20-095 | 11/18/2022 | First and Final Payment | paids | Advanced Specialty Contractor | 72,353.54 |
| 006797 | 0237812 | Mount Joy | 20-095 | 11/18/2022 | First and Final Payment | paids | H&H Sales Associates, Inc. | 2,729.50 |
| 006797 | 0237812 | Mount Joy | 20-095 | 11/18/2022 | First and Final Payment | paids | HCT Control Technology | 15,800.00 |
| 006769 | 0237814 | Monroe | 21-198 | 10/12/2022 | Reserve | rsrv_case | | - |
| 006769 | 0237814 | Monroe | 21-198 | 10/20/2022 | Reserve | rsrv_case | | - |
| 006769 | 0237814 | Monroe | 21-198 | 10/20/2022 | Reserve | rsrv_case | | - |
| 006769 | 0237814 | Monroe | 21-198 | 10/24/2022 | Reserve | rsrv_case | | - |
| 006769 | 0237814 | Monroe | 21-198 | 10/24/2022 | Supplemental Payment | paids | Binghampton Hardware & HVAC Supply | 11.06 |
| 006769 | 0237814 | Monroe | 21-198 | 10/24/2022 | Supplemental Payment | paids | DriveKore Colony | 178.08 |
| 006769 | 0237814 | Monroe | 21-198 | 10/24/2022 | Supplemental Payment | paids | Engineered Building Systems | 851,161.00 |
| 006769 | 0237814 | Monroe | 21-198 | 10/24/2022 | Supplemental Payment | paids | Haun Welding Supply | 252.92 |
| 006769 | 0237814 | Monroe | 21-198 | 10/24/2022 | Supplemental Payment | paids | John F Scanlan, Inc. | 2,104.10 |
| 006769 | 0237814 | Monroe | 21-198 | 10/24/2022 | Supplemental Payment | paids | Lane's Crane Service | 3,230.00 |
| 006769 | 0237814 | Monroe | 21-198 | 10/24/2022 | Supplemental Payment | paids | Meier Supply Company | 103.06 |
| 006769 | 0237814 | Monroe | 21-198 | 10/24/2022 | Supplemental Payment | paids | Triple Cities Windustrial Co. | 19,977.48 |
| 006769 | 0237814 | Monroe | 21-198 | 10/24/2022 | Supplemental Payment | paids | Johnson Controls, INC | 44,811.00 |

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006769 | 0237814 | Monroe | 21-198 | 10/24/2022 | Payment (Void) | paids | Engineered Building Systems check issued in the incorrect amount, voided and reissued in the amount of $812,761.00 | (851,161.00) |
| 006769 | 0237814 | Monroe | 21-198 | 10/24/2022 | Supplemental Payment | paids | Engineered Building Systems | 812,761.00 |
| 006769 | 0237814 | Monroe | 21-198 | 10/24/2022 | Supplemental Payment | paids | Z-Tech Insulation, Inc. | 102,535.00 |
| 006769 | 0237814 | Monroe | 21-198 | 10/26/2022 | Supplemental Payment | paids | Valley Testing & Balancing | 3,150.00 |
| 006769 | 0237814 | Monroe | 21-198 | 10/31/2022 | Reserve | rsrv_case | | - |
| 006769 | 0237814 | Monroe | 21-198 | 11/08/2022 | Reserve | rsrv_case | | - |
| 006769 | 0237814 | Monroe | 21-198 | 11/11/2022 | Reserve | rsrv_case | | - |
| 006769 | 0237814 | Monroe | 21-198 | 11/18/2022 | Supplemental Payment | paids | Matson Driscoll & Damico, LLP | 230,000.00 |
| 006769 | 0237814 | Monroe | 21-198 | 12/07/2022 | Reserve | rsrv_case | | - |
| 006769 | 0237814 | Monroe | 21-198 | 12/22/2022 | Reserve | rsrv_case | | - |
| 006769 | 0237814 | Monroe | 21-198 | 01/04/2023 | Supplemental Payment | paids | Matson Driscoll & Damico LLP | 445,000.00 |
| 006769 | 0237814 | Monroe | 21-198 | 01/11/2023 | Supplemental Payment | paids | Sheet Metal Workers Local 44 | 212,762.11 |
| 006769 | 0237814 | Monroe | 21-198 | 01/11/2023 | Supplemental Payment | paids | Plumbers Local 690 Industry Funds | 179,070.82 |
| 006769 | 0237814 | Monroe | 21-198 | 01/17/2023 | Supplemental Payment | paids | Abe Solomon Realty, Inc. | 5,000.00 |
| 006769 | 0237814 | Monroe | 21-198 | 01/17/2023 | Supplemental Payment | paids | Engineered Building Systems | 428,050.00 |
| 006769 | 0237814 | Monroe | 21-198 | 01/17/2023 | Supplemental Payment | paids | Meier Supply Company | 260.21 |
| 006769 | 0237814 | Monroe | 21-198 | 01/17/2023 | Supplemental Payment | paids | Triple Cities Windustrial Co. | 18,598.04 |
| 006769 | 0237814 | Monroe | 21-198 | 01/17/2023 | Supplemental Payment | paids | Z-Tech Insulation, Inc. | 195,715.80 |
| 006769 | 0237814 | Monroe | 21-198 | 01/17/2023 | Supplemental Payment | paids | Admar Construction Equipment and Supplies | 4,505.57 |

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006769 | 0237814 | Monroe | 21-198 | 01/17/2023 | Supplemental Payment | paids | Colony Hardware Corporation | 76.28 |
| 006769 | 0237814 | Monroe | 21-198 | 01/25/2023 | Supplemental Payment | paids | Engineered Building Systems | 38,400.00 |
| 006769 | 0237814 | Monroe | 21-198 | 01/25/2023 | Supplemental Payment | paids | Hale Trailer Brake & Wheel | 704.90 |
| 006769 | 0237814 | Monroe | 21-198 | 01/31/2023 | Reserve | rsrv_case | | - |
| 006769 | 0237814 | Monroe | 21-198 | 01/31/2023 | Reserve | rsrv_ao | | - |
| 006769 | 0237814 | Monroe | 21-198 | 01/31/2023 | Appraisal/Professional Expense | alae_ao | Newport Construction Management Corporation | 15,995.00 |
| 006769 | 0237814 | Monroe | 21-198 | 02/23/2023 | Reserve | rsrv_case | | - |
| 006769 | 0237814 | Monroe | 21-198 | 02/23/2023 | Reserve | rsrv_ao | | - |
| 006769 | 0237814 | Monroe | 21-198 | 02/27/2023 | Supplemental Payment | paids | Hosler Corp. | 22,011.00 |
| 006769 | 0237814 | Monroe | 21-198 | 03/06/2023 | Reserve | rsrv_case | | - |
| 006769 | 0237814 | Monroe | 21-198 | 03/06/2023 | Reserve | rsrv_subro | | - |
| 006769 | 0237814 | Monroe | 21-198 | 03/08/2023 | Partial Recovery | paid_subro | | (700,000.00) |
| 006806 | 0237823 | Local 690 Trustees | n/a | 12/07/2022 | Reserve | rsrv_case | | - |
| 006806 | 0237823 | Local 690 Trustees | n/a | 12/07/2022 | First and Final Payment | paids | Berkley Surety Group | 2,100.00 |
| 006806 | 0237823 | Local 690 Trustees | n/a | 01/30/2023 | Reserve | rsrv_case | | - |
| 006806 | 0237823 | Local 690 Trustees | n/a | 01/30/2023 | First and Final Payment | paids | Plumbers Local 690 Industry Funds | 150,000.00 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 10/31/2022 | Reserve | rsrv_case | | - |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Beacon Medaes | 142.74 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Binghampton Hardware and HVAC Supply | 1,132.19 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Carpenter & Paterson, Inc. | 989.28 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Deacon Industrial Supply Co., Inc. | 389.15 |

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Diamond Tool | 28.94 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Elite Air Systems, Inc. | 572.40 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Engineered Building Systems | 2,900.00 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Equipment Share, Inc. | 4,131.77 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Ferguson Enterprises, LLC #501 | 3,058.30 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Grainger | 251.48 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Interstate Chemical Company, Inc. | 5,589.00 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | J.F. Martin, Inc. | 2,956.75 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | John F. Scanlan | 8,252.50 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Klenzoid, Inc. | 816.37 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Kolbi Pipe Marker Co. | 1,878.68 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Louis P. Canuso, Inc. | 11,779.69 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Mason Industries, Inc. | 4,147.24 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Modern Fasteners, Inc. | 1,025.92 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Medical Gas Solutions, Inc. | 1,860.00 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Nefco | 1,589.64 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | RJ Woolslayer, INC | 1,000.00 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Seton | 397.60 |

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Sunbelt Rentals, Inc. | 1,854.62 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Tristate Equipment | 1,657.26 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Thermal Solutions Contractors | 58,500.00 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 11/07/2022 | Supplemental Payment | paids | Vertiv | 1,055.76 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 01/17/2023 | Payment (Void) | paids | Voided lost in transit check to Equipment Share and then reissued | (4,131.77) |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 01/23/2023 | Supplemental Payment | paids | Equipment Share, Inc. | 4,131.77 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 02/16/2023 | Partial Payment | paids | Beacon Medaes | 240.23 |
| 006795 | 0242087 | Chop Wood Decant | 20-263 | 02/16/2023 | Partial Payment | paids | Kolbi Pipe Marker Co. | 188.15 |
| 006794 | 0242088 | Toyota Sportsplex | 22-028 | 10/31/2022 | Reserve | rsrv_case | | - |
| 006794 | 0242088 | Toyota Sportsplex | 22-028 | 11/08/2022 | Reserve | rsrv_case | | - |
| 006794 | 0242088 | Toyota Sportsplex | 22-028 | 11/17/2022 | Supplemental Payment | paids | H.C. Nye Company, INC | 82,000.00 |
| 006794 | 0242088 | Toyota Sportsplex | 22-028 | 11/17/2022 | Supplemental Payment | paids | Lane's Crane Service | 1,580.40 |
| 006794 | 0242088 | Toyota Sportsplex | 22-028 | 11/17/2022 | Supplemental Payment | paids | Peirce Phelps, LLC | 115.24 |
| 006794 | 0242088 | Toyota Sportsplex | 22-028 | 11/17/2022 | Supplemental Payment | paids | Ferguson Enterprises LLC | 17,106.74 |
| 006793 | 0242091 | Nautilus | 21-701 | 10/31/2022 | Reserve | rsrv_case | | - |
| 006793 | 0242091 | Nautilus | 21-701 | 12/13/2022 | Reserve | rsrv_case | | - |
| 006793 | 0242091 | Nautilus | 21-701 | 12/13/2022 | Reserve | rsrv_ao | | - |
| 006793 | 0242091 | Nautilus | 21-701 | 12/14/2022 | Appraisal/Professional Expense | alae_ao | Newport Construction Management Corporation | 12,278.00 |
| 006792 | 0242100 | Delaware Valley | 22-100 | 10/31/2022 | Reserve | rsrv_case | | - |

Page 16 of 18

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006792 | 0242100 | Delaware Valley | 22-100 | 11/02/2022 | Supplemental Payment | paids | NuTech Hydronic Specialty Products | 383.72 |
| 006792 | 0242100 | Delaware Valley | 22-100 | 11/02/2022 | Supplemental Payment | paids | Advanced Specialty Contractor | 4,923.00 |
| 006792 | 0242100 | Delaware Valley | 22-100 | 11/02/2022 | Supplemental Payment | paids | Joseph F. O'Hora & Sons, Inc. | 102.08 |
| 006792 | 0242100 | Delaware Valley | 22-100 | 11/02/2022 | Supplemental Payment | paids | NRG Controls | 13,505.76 |
| 006792 | 0242100 | Delaware Valley | 22-100 | 11/02/2022 | Supplemental Payment | paids | Triple Cities Windustrial Co. | 5,220.60 |
| 006792 | 0242100 | Delaware Valley | 22-100 | 11/14/2022 | Supplemental Payment | paids | NRG Controls | 31,510.08 |
| 006792 | 0242100 | Delaware Valley | 22-100 | 11/14/2022 | Supplemental Payment | paids | H.C. Nye Company | 3,000.00 |
| 006792 | 0242100 | Delaware Valley | 22-100 | 11/23/2022 | Supplemental Payment | paids | Berkley Surety Group | 7,630.70 |
| 006792 | 0242100 | Delaware Valley | 22-100 | 01/11/2023 | Supplemental Payment | paids | Matson Driscoll & Damico, LLP | 400,000.00 |
| 006792 | 0242100 | Delaware Valley | 22-100 | 03/13/2023 | Reserve | rsrv_case | | - |
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 10/24/2022 | Reserve | rsrv_case | | - |
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 10/24/2022 | Supplemental Payment | paids | Yeager Supply | 8,828.35 |
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 10/24/2022 | Supplemental Payment | paids | Deacon Industrial Supply Co., Inc. | 45,152.00 |
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 10/24/2022 | Supplemental Payment | paids | J.F. Martin Inc. | 6,190.14 |
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 10/24/2022 | Supplemental Payment | paids | Sunbelt Rentals | 21,565.12 |
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 10/24/2022 | Supplemental Payment | paids | Diamond Tool | 3,813.08 |
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 10/31/2022 | Reserve | rsrv_case | | - |
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 11/23/2022 | Supplemental Payment | paids | Berkley Surety Group | 25,529.81 |

| Claim Number | Bond Number | Project Name | Marx Project # | Date | Transaction Type | Transaction Sub-Type | Payee/Payor | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 01/17/2023 | Reserve | rsrv_case | | - |
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 01/17/2023 | Reserve | rsrv_ao | | - |
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 01/17/2023 | Appraisal/Profesional Expense | alae_ao | Newport Construction Management Corporation | 12,690.00 |
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 02/16/2023 | Partial Payment | paids | Colony Hardware Corp. | 55.95 |
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 02/16/2023 | Partial Payment | paids | Deacon Industrial Supply Co., Inc. | 23,848.00 |
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 02/16/2023 | Partial Payment | paids | Delren HVAC, Inc. | 28,085.00 |
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 02/16/2023 | Partial Payment | paids | Diamond Tool | 2,214.00 |
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 02/16/2023 | Partial Payment | paids | Louis P. Canuso, Inc. | 40,935.86 |
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 02/16/2023 | Partial Payment | paids | Yeager Supply | 11,550.78 |
| 006791 | 0242101 | CHOP Main AHU | 21-348 | 03/15/2023 | Reserve | rsrv_case | | - |
| | | | | | | | TOTALS | 10,313,694.94 |