IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Berkley Insurance Company,** | : | |
| Plaintiff | : | Case No. 3:23-cv-615-KM |
| | : | |
| v. | : | |
| | : | |
| **Marx Sheet Metal & Mechanical, Inc., et al.,** | : | |
| Defendants | : | |

## DEFAULT

Default is hereby entered against Defendants, **Joseph Marx**, **Angela Marx** and **Marx NJ Group, LLC,** for failure to file an answer and/or otherwise plead, pursuant to Rule 55(a) of the Federal Rules

of Civil Procedure.

                                                  Peter J. Welsh, Clerk of Court

                                                  by: /s/ Ed Petroski

Dated:  January 19, 2024     Ed Petroski
                                                         Deputy Clerk